Court of Appeals for further proceedings, including, if appropriate, the reentry of its judgment affirming petitioner's conviction and appointment of counsel to assist petitioner in seeking timely review of that judgment in this Court. JUSTICE REHNQUIST dissents.

No. 84–1862. MORELAND v. POSS. Sup. Ct. Ga. Certiorari dismissed for want of a final judgment.

No. — – —. C. H. B. FOODS, INC. v. ENGLISH; and

No. — – —. HYLIN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF HYLIN v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–41. PARK COUNTY RESOURCE COUNCIL, INC., ET AL. v. UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. D. C. Wyo. Application for stay pending appeal, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–88. HELFRICHT v. NEW JERSEY. Super. Ct. N. J., App. Div. Application to continue a stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–145. SCHUCHMAN ET AL. v. UNITED STATES. Application for injunction and all other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–312. IN RE ERGAZOS, 460 U. S. 1065. Application for reinstatement to the Bar of this Court denied.

No. D–488. IN RE DISBARMENT OF ROUSE. Disbarment entered. [For earlier order herein, see 471 U. S. 1012.]

No. D–496. IN RE DISBARMENT OF HYTER. Charles Kilburn Hyter, of Hutchinson, Kan., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 3, 1985 [471 U. S. 1133], is hereby discharged.

No. D–498. IN RE DISBARMENT OF SLONE. Harold G. Slone, of New York, N. Y., having requested to resign as a member of